IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FELICIA R. FLENOY                                                                                  PLAINTIFF
on behalf of A.N.H, a minor child

v.                                           No. 2:13–CV–120–JM-BD

CAROLYN W. COLVIN, Acting Commissioner,                               DEFENDANT
Social Security Administration

# ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Recommended Disposition, as well as a de novo review of the record,  the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 17th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE